# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-2123
_____

ECO-CREW, LLC/SUNZ
INSURANCE,

   Appellants,

   v.

ELSA GARCIA LOPEZ,

   Appellee.

_____


On appeal from the Office of the Judges of Compensation Claims.
Thomas A. Hedler, Judge.

Date of Accident: November 6, 2023.

October 1, 2025

PER CURIAM.

   AFFIRMED.

ROWE, BILBREY, and NORDBY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Blane R. Wheeley, Miami, for Appellants.

Thomas W. Sculco and Shannon McLin of Florida Appeals, Orlando, for Appellee.